UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHONG KOO LEE,

              Plaintiff,

    v.

BOB E. NORRIS, WR BENGER
TRANSPORT, LLC,

              Defendants.

CASE NO. 3:14-CV-05595-DWC

ORDER

Pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73 and Local Rule

MJR 13, the parties have consented to have this matter heard by the undersigned Magistrate

Judge. *See* Dkt. 32. Presently pending before the Court is Plaintiff's Motion for Clarification.

Dkt. 39.

Plaintiff moves for clarification of the Court's Order granting Defendants' Motion in

Limine requesting the Court ban any reference to the parties' financial status. *See* Dkt. 18, p. 2;

28. The Court clarifies the Order on Defendants' Motions in Limine as follows:

ORDER - 1

1       The motion to ban any reference to the parties' financial status is granted, provided

2 Plaintiff is allowed to present testimony concerning economic damages which may include

3 testimony as to his lost wages.

4       Dated this 26th day of April, 2016.

5

6                                      David W. Christel

7                                    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 2